

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 28, 2016

**\*\*REQUEST TO FILE UNDER SEAL\*\***

**BY ELECTRONIC MAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

      Re:    **United States v. Andrea Beatty**,
             S4 14 Cr. 760 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to request, with the consent of defense counsel, that the defendant's sentencing in the above-referenced matter, which is scheduled for May 10, 2016, be adjourned to the first week in August 2016, or as soon thereafter as is convenient for the Court. The adjournment is requested in order to permit the parties to apprise the United States Probation Department and the Court of all matters relevant to sentencing.

      Thank you for your consideration of this matter.

Granted.
Sentence is adjourned to
August 11, 2016, at 10:30

So Ordered.
/s/ KMK
4/28/16

Respectfully Submitted,

PREET BHARARA
United States Attorney

By:    /s/   
Michael Gerber
Scott Hartman
George Turner
Assistant United States Attorney
(212) 637-1958 / 2357 / 2562

cc: Jason Ser, Esq., *Counsel to Andrea Beatty* (by electronic mail)